O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARMEN E. GREEN, | ) | CASE NO. ED CV 09-00446 RZ |
|                 Plaintiff, | ) ) ) | JUDGMENT |
|    vs. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
|                 Defendant. | ) ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: March 17, 2010

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE